UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v.-

MICHAEL CARROLL and
MICHAEL PAPPAGALLO,

    Defendants.
------------------------------------------------------------X

19 CR 545 (CM)

**ORDER**

Having reviewed the letter submitted by counsel for Brixmor Property Group, Inc., dated November 15, 2019, it is hereby ORDERED that:

1. Motions to quash the subpoenas served by defendants, pursuant to Federal Rule of Criminal Procedure 17(c), on Brixmor Property Group, Inc., Sullivan & Cromwell LLP, Simpson Thacher & Bartlett LLP, Alvarez & Marsal, Marks Paneth LLP, and PricewaterhouseCoopers, LLP shall be filed by December 6, 2019;

2. Responses to the motions to quash shall be filed by December 13, 2019; and

3. Replies shall be filed by December 20, 2019.

SO ORDERED:

Dated: November 18, 2019
New York, New York

_____
HON. COLLEEN MCMAHON
Chief Judge, United States District Court