UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MICHAEL CARROLL and
MICHAEL PAPPAGALLO,

*Defendants.*

No. 19-cr-545 (CM)

ORDER FOR ADMISSION
PRO HAC VICE

The motion of Douglas A. Fellman for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia, the state of Virginia, and the state of Maryland; and that his contact information is as follows:

Douglas A. Fellman
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
T: (202) 637-5600
F: (202) 637-5910



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2020

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Brixmor Property Group, Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above caption case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1/15/2020

*Nunc Pro Tunc to 12/5/19*

_____
United States District ~~Magistrate Judge~~