# WILMERHALE

February 5, 2020

**VIA ECF**

Peter G. Neiman

+1 212 295 6487 (t)
+1 212 230 8888 (f)
peter.neiman@wilmerhale.com

MEMO ENDORSED
2/7/2020
OK

The Honorable Colleen McMahon
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Michael Carroll, et al.*, No. 19-cr-545 (CM)

Dear Chief Judge McMahon:

This firm represents Michael Carroll in the above-referenced matter. Pursuant to Rule V.E of the Court's Individual Practices and Procedures, we write to respectfully request leave to file an omnibus reply, in excess of 10 pages, in support of Mr. Carroll's Motion to Dismiss the Indictment, ECF No. 55; Motion for a Bill of Particulars, ECF No. 52; Motion to Compel Discovery, ECF No. 43; and Motion to Compel Production of *Brady* Materials, ECF No. 58. Mr. Carroll intends to submit one reply addressing these four motions, and thus requests up to 25 pages for this filing.

Respectfully submitted,

/s/ Peter G. Neiman
PETER G. NEIMAN
ANJAN SAHNI
MICHELLE NICOLE DIAMOND
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

WILLIAM R. MCLUCAS
BRENDA E. LEE
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000
*Counsel for Michael Carroll*

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/7/2020