UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

       v.                                                                      19-CR-545 (CM)

**<u>ORDER</u>**

MICHAEL CARROLL and
MICHAEL PAPPAGALLO,

                                Defendant.
----------------------------------------------------------X

McMahon, C.J.:

      The Court will hold a telephone conference in this matter on Tuesday, April 14, 2020, at 2:30 p.m.

      To join the conference, the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding—the defendants' family members, the press and general public are welcomed to dial in, but must remain silent.

April 8, 2020

                                                               Colleen McMahon
                                                               Chief Judge