WILMERHALE

January 25, 2021

Peter G. Neiman

+1 212 295 6487 (t)
+1 212 230 8888 (f)
peter.neiman@wilmerhale.com

**VIA ECF**

The Honorable Colleen McMahon
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Michael Carroll, et al.*, No. 19-cr-545 (CM)

Dear Chief Judge McMahon:

The defendants in the above-captioned case write to request an adjournment of trial in this case until September 20, 2021. The government consents to our request.

This case is currently scheduled for trial in May 2021, pending approval from the Court's trial panel. In light of the challenges that the ongoing COVID-19 pandemic presents to defendants' ability to prepare their defense to the complicated accounting fraud allegations in this case, we ask that the Court adjourn the trial date until September 20, 2021. The parties agree to exclude time under the Speedy Trial Act until September 20, in order to, among other things, allow the defense to prepare given COVID-19.

Respectfully submitted,

/s/ Peter G. Neiman
PETER G. NEIMAN
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
*Counsel for Michael Carroll*

/s/ Gregory W. Kehoe
Gregory W. Kehoe
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY 10116
(212) 801-9200
*Counsel for Michael V. Pappagallo*

MEMO ENDORSED

1/25/2021
I will request a trial date no earlier than September 20 - probably a fourth quarter date if things are not back to normal. I cannot presently give you a date.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/21

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   Washington