**WILMERHALE**

April 1, 2021

**VIA ECF**

The Honorable Colleen McMahon
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007

Peter G. Neiman

+1 212 295 6487 (t)
+1 212 230 8888 (f)
peter.neiman@wilmerhale.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2021

MEMO ENDORSED

    Re: *United States v. Michael Carroll, et al.*, No. 19-cr-545 (CM)

Dear Chief Judge McMahon:

On behalf of defendant Michael Carroll in the above-captioned case, I write to respectfully request that the Court lift Mr. Carroll's pretrial bail conditions and, pursuant to Federal Rule of Criminal Procedure 46(g), exonerate the bond posted in light of the Court's entry of an order of *nolle prosequi* as to Mr. Carroll (ECF No. 92).

On August 1, 2019, the Court granted Mr. Carroll bail pending trial subject to certain conditions, which included: an $1,000,000 personal recognizance bond, co-signed by one financially responsible person and secured by Mr. Carroll's personal property; the surrender of all passports; domestic travel limitations; supervision at the discretion of the Probation Department; and all other standard conditions of pretrial release. *See* ECF No. 6.

On April 1, 2021, the Court entered an order of *nolle prosequi* with respect to the indictment in this action. ECF No. 92.

Accordingly, Mr. Carroll respectfully requests that the Court lift his bail conditions and exonerate his posted bond.

4/5/2021
Bail exonerated - and
all conditions lifted
Colleen McMahon
CJ

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   Washington

WILMERHALE

April 1, 2021
Page 2

Respectfully submitted,

/s/ Peter G. Neiman
PETER G. NEIMAN
ANJAN SAHNI
MICHELLE NICOLE DIAMOND
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

WILLIAM R. MCLUCAS
BRENDA E. LEE
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

VICTOR L. HOU
CLEARY GOTTLIEB STEEN
    & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(202) 225-2000

*Counsel for Michael Carroll*